IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

VINSON L. DAWSON                    §

v.                                  §        CIVIL ACTION NO. 6:13cv354

DIRECTOR, TDCJ-CID                  §

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ENTERING FINAL JUDGMENT

The Petitioner Vinson Dawson, proceeding *pro se*, filed this application for the writ of habeas corpus challenging the legality of his conviction.  This Court ordered that the matter be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

Dawson was convicted of sexual assault and assault on a public servant on January 15, 2010, receiving sentences of 20 years on the sexual assault charge and 10 years on the assault on a public servant charge.  His federal habeas petition refers to both charges, but does not raise any issues concerning the sexual assault charge.

Dawson's federal habeas petition alludes to a fight he had with a guard in the Henderson County Jail, during which he was stabbed with a sharp object.  He states that his attorney, Nancy Perkins, told him that he "did not get the case" because he was stabbed.  Although Perkins told him that he had a civil rights claim against the jail, Dawson complains that Perkins did not file a civil rights lawsuit for him. Dawson appears to complain that he was actually innocent of the assault on a public servant charge, presumably because he was the one who was stabbed, and that Perkins was ineffective in representing him.  The Respondent has filed an answer arguing that the statute of limitations has expired.  Dawson did not file a response to the answer.

1

After review of the pleadings, the Magistrate Judge issued a Report on September 6, 2013, recommending that the petition be dismissed with prejudice because of the expiration of the statute of limitations.  The Magistrate Judge also recommended that Dawson be denied a certificate of appealability *sua sponte*.  Dawson received a copy of this Report on September 11, 2013, but filed no objections thereto; accordingly, he is barred from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1430 (5th Cir. 1996) *(en banc)*.

The Court has reviewed the pleadings and records in this cause as well as the Report of the Magistrate Judge.  Upon such review, the Court has determined that the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918, 109 S.Ct. 3243 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law.").  It is accordingly

ORDERED that the Report of the Magistrate Judge (docket no. 23) is ADOPTED as the opinion of the District Court.  It is further

ORDERED that the above-styled application for the writ of habeas corpus is hereby DISMISSED with prejudice.  It is further

ORDERED that the Petitioner Vinson Dawson is hereby DENIED a certificate of appealability *sua sponte*.  Finally, it is

ORDERED that any and all other motions which may be pending in this civil action are hereby DENIED.

**So ORDERED and SIGNED this 17th day of October, 2013.**

**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**